AO 91 (Rev 11/11) Criminal Complaint

**FILED**
NOV 0 8 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Mauricio GONZALEZ Leyva<br><br>*Defendant(s)* | Case No. EP:22-M-02691-ATB |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **October 17, 2022** in the county of **El Paso** in the **Western** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 USC 922(a)(6) | False Statement in connection with purchase of a firearm |

This criminal complaint is based on these facts:

See Attached Affidavit which is hereby incorporated by reference

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Manuel Mendiola, ATF Task Force Officer
*Printed name and title*

Sworn to before me

Oath Telephonically Sworn
Date: 11/8/22
At 4:34 AM/PM
Fed.R.Crim.P 4 1(b)(2)(A)

Date: 11/08/2022

_____
*Judge's signature*

City and state: El Paso, Texas

Anne T. Berton, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your affiant, Manuel Mendiola, first being duly sworn, does hereby depose and state as follows:

1. That your affiant is a Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so since September of 2020. Your affiant is currently employed by U.S. Customs and Border Protection as an Enforcement Officer since December of 2016. Your affiant has received specialized training regarding the investigation and enforcement of Federal Firearms violations and have conducted investigations regarding individuals involved in illegal firearms activities. That your affiant makes this statement based on my own investigation, records review, interviews with the suspect, and information provided by other law enforcement officers to your affiant. Because this affidavit is submitted for the limited purpose of securing an arrest warrant, it does not purport to contain everything known to your affiant about this investigation. This affidavit is based upon your affiant's present knowledge obtained during your affiant's investigation as well as information provided to me by other law enforcement officers. Facts not set forth herein are not being relied on in reaching my conclusion that the requested warrant should be issued. Nor does your affiant request that this Court rely on any facts not set forth herein in reviewing this application.

2. Your affiant recently initiated an investigation into the activities of Mauricio GONZALEZ Leyva. This investigation relates to violations of Title 18 United States Code, Section 922(a)(6)- False Statement in connection with purchase of a firearm.

3. On October 24, 2022, ATF received information regarding suspicious firearm purchases made by GONZALEZ. ATF was able to obtain copies of ATF Form 4473 Firearm Transaction Records and identified six (6) firearm purchases made by GONZALEZ from June 4, 2022 – October 20, 2022, at Academy Sports and Outdoors, a federal firearms licensee (FFL) located within the Western District of Texas.

4. On October 24, 2022, ATF TFO Mendiola and ATF Special Agent (SA) Nate Anderson interviewed GONZALEZ at his residence. Agents identified themselves to GONZALEZ with issued badges and credentials and advised him they had some questions regarding recent firearm purchases. GONZALEZ agreed to speak with agents.

5. Agents asked GONZALEZ how many firearms he had purchased in the year 2022. GONZALEZ stated to agents he believed he had purchased approximately four (4) firearms. Agents asked GONZALEZ about his most recent firearm purchase. GONZALEZ stated he had purchased a Canik pistol the week of October 16, 2022.

6. Agents asked GONZALEZ if he was still in possession of all firearms that he had purchased in the year 2022. GONZALEZ initially told agents that he had all the firearms

and that they were located at his father-in-law's house. Agents advised GONZALEZ that lying to federal agents was a crime punishable by jail time and was asked to tell the truth. Agents further advised GONZALEZ that they were aware he had purchased more than four firearms.

7. GONZALEZ admitted that he had sold the firearms and no longer had any of the firearms that he purchased. Agents asked GONZALEZ how many firearms he had purchased. GONZALEZ was not sure but believed he had purchased 5-8 firearms. GONZALEZ further admitted that the firearms were purchased at the direction of another individual. GONZALEZ stated that the individual would advise him which firearms he wanted, and GONZALEZ would purchase the firearms on his behalf. The firearms would then be turned over to the individual and sold to him at double the price GONZALEZ purchased the firearms for. GONZALEZ stated he believed the individual was smuggling the firearms to Mexico because he drove a vehicle with Mexican license plates. GONZALEZ further added that the individual told him he could not buy the firearms himself because he was not a resident of Texas.

8. TFO Mendiola reviewed multiple ATF Form 4473 Firearm Transaction Records with GONZALEZ including the most recent dated October 17, 2022. GONZALEZ was asked if he recalled filling out ATF Form 4473 on October 17, 2022, as required by federal law for a Canik/Century Arms, model TP9 Elite SC, 9mm, pistol and GONZALEZ said yes. The firearm was transferred to GONZALEZ by the FFL on October 20, 2022.

9. TFO Mendiola asked GONZALEZ if he recalled reading question 21a. where it states, "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheets" Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person and GONZALEZ said yes. GONZALEZ marked "Yes" on the question indicating that he was the actual buyer of the firearm when in fact he was not.

10. TFO Mendiola asked GONZALEZ if he recalled signing and certifying box 22 which acknowledged that the answers to the questions on the form were true, correct and complete and that making any false oral, or written statement, or exhibiting any false or misrepresented identification with respect to the transaction was a crime punishable as a felony, under federal law and GONZALEZ stated that he remembered signing and reading the form.

_____
ATF TFO Manuel Mendiola